UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:19-CR-35 |
| | ) |
| v. | ) **NOTICE OF ATTORNEY APPEARANCE** |
| | ) |
| ROBERT MCCOY, JR. | ) |
| | ) |

**NOW COMES** the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the appearance of the undersigned Assistant United States Attorney for the government in the above-referenced action.

**RESPECTFULLY SUBMITTED**, this the **15th** day of **February, 2019.**

**R. ANDREW MURRAY**
United States Attorney

//s// William M. Miller
Assistant United States Attorney
North Carolina Bar Number: 36946
United States Attorney's Office
227 West Trade Street, Suite 1700
Charlotte, North Carolina 28202
Telephone: 704.344.6222
Fax: 704.344.6629
E-mail: William.Miller@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of February, 2019, the foregoing Notice of Attorney Appearance was duly served upon counsel for the party by electronic notification from the Court to:

Mark Patrick Foster, Jr.
markpfosterjr@gmail.com

//s// William M. Miller
Assistant United States Attorney