IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00035-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| ROBERT MCCOY JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the joint motion of the parties to continue the contempt trial scheduled for March 18, 2019. (Doc. No. 10).

For the reasons stated in the motion, the Court finds that the defendant has sufficient cause for a continuance in this matter. The Court further finds that the ends of justice served by taking such action outweigh the interests of the public and the defendant to a speedy trial as set forth in 18 U.S.C. § 3161(h)(7)(A).

**IT IS, THEREFORE, ORDERED** that the trial of this case be continued; however, the Court will conduct a status conference on March 18, 2019, at 9:30 a.m. and will set a new trial date after hearing from the parties.

Signed: March 8, 2019

*/s/ Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge