IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:19-CR-00035-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| ROBERT MCCOY JR., | |
| Defendant. | |

**THIS MATTER** is before the Court on Defendant Robert McCoy, Jr.'s unopposed motion to allow the parties access to sealed financial documents filed in the civil case, *Ace Motors Acceptance Corporation v. McCoy Motors, LLC, et al.*, No. 3:18-CV-630. (Doc. No. 36). Although Defendant has always had access to these documents, as they are his own financial records, the Court will grant the motion to ensure that both Defendant and the government have access to these documents given their importance in this criminal contempt matter.

**IT IS THEREFORE ORDERED** that Defendant's motion, (Doc. No. 36), is **GRANTED**. The parties in this matter shall have access to Doc. No. 47 (filed on October 20, 2019), Doc. No. 58 (filed on November 26, 2019), Doc. No. 67 (filed on December 16, 2019), and Doc. No. 70 (filed on December 18, 2019) filed in *Ace Motors Acceptance Corporation v. McCoy Motors, LLC, et al.*, No. 3:18-CV-630.

**SO ORDERED.**

Signed: March 3, 2020

Kenneth D. Bell
United States District Judge